**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **STEVEN HEATH GRAY,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:08-cv-97 (CAR) |
| | : | |
| v. | : | |
| | : | |
| **KEITH KENDRICKS** and | : | |
| **LT. WHITWELL,** | : | |
| | : | |
| Defendants. | : | |

_____

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S ORDER AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 12] to dismiss certain claims pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff has not filed an objection to the Recommendation. Having considered the matter, the Court agrees with the Recommendation that Plaintiff's claims (1) seeking relief from jail, (2) based on verbal abuse, name calling, harassment, and threats, (3) based on slander and defamation, and (4) against Lt. Whitwell, be dismissed from this action. Plaintiff's false imprisonment claim against Defendant Keith Kendricks remains. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 25th day of September, 2008.

                                                S/ C. Ashley Royal
                                                C. ASHLEY ROYAL
                                                UNITED STATES DISTRICT JUDGE

SSH